**Order entered October 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00370-CV

### TIERONE CONVERGED NETWORKS, INC., Appellant

### V.

### LAVON WATER SUPPLY, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. 005-00055-2013**

## ORDER

The court has before it appellant's motion to review supersedeas and motion for temporary stay pending review. The Court **GRANTS** the motion for temporary stay and **STAYS** enforcement of the trial court's October 2, 2013 "Order Increasing Supersedeas Bond." The Court requests that appellee file a response to the motion to review supersedeas within ten days of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE